DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GONZALO ORTEGON,**
Appellant/Cross-Appellee,

v.

**NATIONSTAR MORTGAGE, LLC,**
Appellee/Cross-Appellant.

No. 4D17-2667

[July 26, 2018]

Appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE 08-034350.

James R. Ackley of Law Offices of James R. Ackley, P.A., West Palm Beach, for appellant/cross-appellee.

Nancy M. Wallace of Akerman LLP, Tallahassee, and William P. Heller of Akerman LLP, Fort Lauderdale, for appellee/cross-appellant.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN, JJ., and HARPER, BRADLEY, Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***